1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK (Bar No. 083908), morlick@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), mkenefick@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:  (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Defendant Bed Bath & Beyond of
   California Limited Liability Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>             Plaintiff,<br><br>       v.<br><br>EXCEL STOCKTON, LLC et al.,<br><br>             Defendants. | CASE NO.  12-CV-00156 KJM<br><br>**JOINT STIPULATION TO WITHDRAW DEFENDANT BED BATH & BEYOND OF CALIFORNIA, LLC'S ELEVENTH AFFIRMATIVE DEFENSE FROM ITS ANSWER** |

Plaintiff Lary Feezor ("Plaintiff") and defendant Bed Bath & Beyond of California, LLC ("BBB"), through their counsel of record, having met and conferred concerning the scope of discovery, hereby stipulate as follows:

BBB hereby withdraws the Eleventh Affirmative Defense of "Not Readily or Likely Achievable" from its Answer.

IT IS SO STIPULATED.

DATED: October 23, 2012     DISABLED ADVOCACY GROUP, INC.
                            LYNN HUBBARD


                            By:/s/ Lynn Hubbard, III (authorized signature)
                                    LYNN HUBBARD, III
                             Attorneys for Plaintiff LARY FEEZOR

DATED: October 23, 2012     JEFFER MANGELS BUTLER & MITCHELL LLP
                            MARTIN H. ORLICK
                            MATTHEW S. KENEFICK


                            By:/s/ Martin H. Orlick
                                    MARTIN H. ORLICK
                             Attorneys for Defendant BED BATH &BEYOND
                             OF CALIFORNIA LIMITED LIABILITY
                             COMPANY

**IT IS SO ORDERED.**

DATED:  October 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -    JOINT STIPULATION AND ORDER
         12-CV-00156 KJM